AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Todd Eric Nordahl | ) | Case No. G-13-MJ-11 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 27, 2013 _____ in the county of  Special Maritime Jurisdiction  in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 Section 2243(a) | Sexual Abuse of a Minor |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Rennison, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/01/2013 _____

_____
*Judge's signature*

City and state: _____ Galveston, Texas _____

John Froeschner, United States Magistrate Judge
_____
*Printed name and title*

Print      Save As...      Attach      Reset

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Rennison, being duly sworn, depose and state:

I am a Special Agent with the Federal Bureau of Investigation, and have been since July 2003. Since my employment with the FBI, I have been assigned to investigate violent criminal acts, including crimes against children. Furthermore, I spent 18 months assigned to FBI Headquarters working in the Crimes Against Children Unit as a Supervisory Special Agent. Prior to being hired with the FBI, I was employed as a municipal police officer for over ten years. My last five years as a police officer, I was assigned to investigate all of the crimes against children matters that occurred within the municipality where I was employed. I have participated in numerous investigations involving sexual offenses on board cruise ships in international waters as defined in Title 18, United States Code, Section 2243(a), Sexual Abuse of a Minor.

1.  Sexual Abuse of a Minor, as defined in 18 U.S.C. § 2243(a), is:

    "Whoever, in the special maritime and territorial jurisdiction of the United States or in a Federal prison, or in any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly engages in a sexual act with another person who -
    (1) has attained the age of 12 years but has not attained the age of 16 years; and
    (2) is at least four years younger than the person so engaging; or attempts to do so, shall be fined under this title, imprisoned not more than 15 years, or both."

2.  This Affidavit is made in support of a criminal complaint charging Todd Eric Nordahl with violating 18 U.S.C. § 2243(a) which makes it a crime to have sexual contact with minors while in the special maritime and territorial jurisdiction of the United States.

1

3.     I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with security personnel from Royal Caribbean Cruise Lines.

4.     Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of 18 U.S.C. § 2243(a) has been committed by Todd Eric Nordahl on or about March 27, 2013. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5.     On Friday, March 29, 2013, Affiant was contacted by Royal Caribbean Cruise Line Corporate Security Officer (SO) Dwight Morris. SO Morris told your Affiant that a fifteen year old boy (V1) made an allegation of a sexual assault on board the Royal Caribbean's ship Mariner of the Seas while in international waters. SO Morris forwarded the statements taken by security on board the Mariner to your Affiant via E-mail. Affiant had the opportunity to read statements from V1, as well as statements from two adult men who were accused of inappropriate sexual contact with V1. The men were identified as Todd Eric Nordahl (Eric) and Joe Gast.

6.     On Sunday, March 31, 2013, Affiant and Task Force Officer (TFO) Eric Price went to the Port of Galveston and met the Mariner of the Seas as it returned to port. Affiant and TFO Price met with V1 and his parents and reviewed his statement given to security personnel on board the ship. V1 told Affiant that early in the cruise, he met two men who were on the cruise together. V1 stated he briefly talked to the men and knew them as Eric and Joe. On Wednesday, March 27, 2013, V1 saw "Eric" near the elevators and

2

Eric asked, "Have I seen you before?" V1 and Eric began talking and Eric invited V1 up to his room, and V1 went with him. After being in the room for a while, Eric poured two glasses of champagne and gave one to V1. V1 stated he could not drink any, but Eric told him it was okay. V1 acted like he drank some but spit it back out into the glass. Eric told V1 that he was cute, beautiful, and intelligent, and that made V1 feel good. V1 and Eric talked about V1's sexuality and how he thought he may be gay. After a short period of time, Eric asked V1 if he wanted to cuddle, and V1 agreed. Eric and V1 sat on one of the beds in the cabin and "cuddled" for a while and Eric asked V1. "Has a guy ever sucked your dick?" V1 told him no then Eric asked if he could suck V1's penis. V1 said okay and Eric performed oral sex on V1. In addition to what V1 told cruise authorities, V1 told Affiant he licked Eric's penis.

7. Affiant and TFO Price then spoke with Nordahl. Nordahl was told prior to any conversation that he was not under arrest; he did not have to speak with Affiant, and could leave the room at any time. Nordahl agreed to talk with Affiant and related what happened on the ship. Nordahl told Affiant that on the day of March 27th, 2013, he had been drinking a lot and ran into V1. After some conversation, he asked V1 to come to his room. Once they got into his room, Nordahl stated that V1 asked many questions about being gay, his sexuality, and what adult men do together. Nordahl said that he felt like V1 had a crush on him and was infatuated with him. Nordahl admitted that during their time in the room, they cuddled and kissed "kind of." Nordahl told Affiant that he did give V1 champagne but V1 did not drink any. Nordahl also told Affiant that he did perform oral sex on V1, but not for more than 10 seconds, and that V1 did not ejaculate. Nordahl also said that V1 licked his penis once, but then Nordahl pulled back and

3

stopped. Nordahl continued and told Affiant that if he had not been drinking, he would not have done anything with V1. Nordahl said that he knew in his mind that V1 was not 18 years old, but thought he was 16 or 17 years old.

8.   Affiant and TFO Price also spoke with Joseph Gast, Nordahl's cabin mate on the cruise. Gast told Affiant that on the night of March 27, 2013, he came to his room and Nordahl and V1 were in the room. A few minutes later, V1 left the room. After V1 left the room, Nordahl told Gast that he was in love with V1. Gast asked Nordahl what happened, and Gast stated that Nordahl told him, "I sucked his dick and he sucked my dick." Gast also told Affiant that Nordahl knew V1 was 15 years old.

9.   Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Todd Eric Nordahl with a violation of 18 U.S.C. §2243(a) – Sexual Abuse with a Minor.

Richard Rennison
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 1st of April, 2013, and I find probable cause.

John Froeschner
United States Magistrate Judge